G. GEOFFREY ROBB (131515)
MARISA G. HUBER (254171)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:     (415) 348-6000
Facsimile:     (415) 348-6001
Email:         grobb@gibsonrobb.com
               mhuber@gibsonrobb.com

Attorneys for Defendant
A1 TRANSMISSION & MARINE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION FISHERIES, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>A1 TRANSMISSION & MARINE, INC., a California corporation, and J&H MARINE, INC., a California corporation,<br><br>Defendants. | Case No. 3:23-cv-05173-TSH<br><br>**DEFENDANT A1 TRANSMISSION & MARINE, INC.'S ANSWER TO COMPLAINT**<br><br>Complaint filed: October 18, 2023 |

Defendant A1 TRANSMISSION & MARINE, INC. (hereinafter "A1" or "Defendant")

hereby answers the allegations of the complaint herein as follows:

1.      Defendant lacks information and belief with respect to the allegations of paragraph

1, and therefore denies said allegations on that basis.

2.      Admit.

3.      Defendant lacks information and belief with respect to the allegations of paragraph

3, and therefore denies said allegations on that basis.

/ / /

4.    Defendant admits that venue is proper in this district but lacks information and belief with respect to the court subject matter jurisdiction, and therefore denies said allegations on that basis.

5.    Defendant lacks information and belief with respect to the allegations of paragraph 5, and therefore denies said allegations on that basis.

6.    Defendant lacks information and belief with respect to the allegations of paragraph 6, and therefore denies said allegations on that basis.

7.    Defendant lacks information and belief with respect to the allegations of paragraph 7, and therefore denies said allegations on that basis.

8.    Defendant lacks information and belief with respect to the allegations of paragraph 8, and therefore denies said allegations on that basis.

9.    Defendant lacks information and belief with respect to the allegations of paragraph 9, and therefore denies said allegations on that basis.

10.    Defendant admits that it rebuilt the transmission of the F/V ADVENTURE. Defendant lacks information and belief with respect to the remaining allegations of paragraph 10, and therefore denies said allegations on that basis.

11.    Defendant admits that it sent a mechanic to assist Plaintiff in installing the transmission. Defendant denies the remaining allegations of paragraph 11.

12.    Defendant admits that an engine should generally be aligned within .002 to .005 inch tolerance based upon a similarly sized flange.

13.    Defendant lacks information and belief with respect to the allegations of paragraph 13, and therefore denies said allegations on that basis.

14.    Defendant lacks information and belief with respect to the allegations of paragraph 14, and therefore denies said allegations on that basis.

15.    Defendant lacks information and belief with respect to the allegations of paragraph 15, and therefore denies said allegations on that basis.

16.    Defendant lacks information and belief with respect to the allegations of paragraph 16, which are vague, and therefore denies said allegations on that basis.

1    17.    Denied.

2    18.    Defendant lacks information and belief with respect to the allegations of paragraph

3    19, and therefore denies said allegations on that basis.

4    19.    Defendant lacks information and belief with respect to the allegations of paragraph

5    19, and therefore denies said allegations on that basis.

6    20.    Defendant lacks information and belief with respect to the allegations of paragraph

7    20, and therefore denies said allegations on that basis.

8    21.    Defendant lacks information and belief with respect to the allegations of paragraph

9    21, and therefore denies said allegations on that basis.

10    22.    Defendant lacks information and belief with respect to the allegations of paragraph

11    22, and therefore denies said allegations on that basis.

12    23.    Defendant lacks information and belief with respect to the allegations of paragraph

13    23, and therefore denies said allegations on that basis.

14    24.    Defendant lacks information and belief with respect to the allegations of paragraph

15    24, and therefore denies said allegations on that basis.

16    25.    Defendant lacks information and belief with respect to the allegations of paragraph

17    25, and therefore denies said allegations on that basis.

18    26.    Defendant lacks information and belief with respect to the allegations of paragraph

19    26, and therefore denies said allegations on that basis.

20    27.    Defendant lacks information and belief with respect to the allegations of paragraph

21    27, and therefore denies said allegations on that basis.

22    28.    A1 admits that it became aware that Lion Fisheries purchased a new engine. A1

23    denies the remaining allegations.

24    29.    Denied.

25    30.    Denied.

26    31.    A1 admits that the F/V ADVENTURE was delivered to J&H shipyard. A1 denies

27    the remaining allegations.

28    / / /

32.    A1 admits that it did not clean the fuel tanks, paint the engine compartment, or build brackets to hold the hydraulic pumps or add LED lighting. A1 lacks information and belief with respect to the remaining allegations, and therefore denies them.

33.    Denied.

34.    Defendant lacks information and belief with respect to the allegations of paragraph 34, and therefore denies said allegations on that basis.

35.    Defendant lacks information and belief with respect to the allegations of paragraph 35, and therefore denies said allegations on that basis.

36.    Defendant lacks information and belief with respect to the allegations of paragraph 36, and therefore denies said allegations on that basis.

37.    Defendant lacks information and belief with respect to the allegations of paragraph 37, and therefore denies said allegations on that basis.

38.    Defendant lacks information and belief with respect to the allegations of paragraph 38, and therefore denies said allegations on that basis.

39.    Defendant lacks information and belief with respect to the allegations of paragraph 39, and therefore denies said allegations on that basis.

40.    Defendant lacks information and belief with respect to the allegations of paragraph 40, and therefore denies said allegations on that basis.

41.    This paragraph contains no charging allegations.

42.    Denied.

43.    A1 objects to the allegations of this paragraph as asserting legal conclusions to which A1 need not respond with further objects on the ground that the allegations are so vague and ambiguous without reference to specific facts that they cannot be responded to.

44.    A1 objects to the allegations as so vague and ambiguous without reference to specific facts that they cannot be responded to. Without waiving those objections, Denied.

45.    A1 denies that it was negligent and further denies that it caused any of the damages alleged by Plaintiff. Defendant lacks information and belief with respect to the remaining allegations of paragraph 45, and therefore denies said allegations on that basis.

46.    This paragraph contains no charging allegations.

47.    A1 denies that it installed the engine or had a duty to do so and therefore denies the remaining allegations of this paragraph.

48.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 48, and therefore denies said allegations on that basis.

49.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 49, and therefore denies said allegations on that basis.

50.    A1 denies that it was negligent and further denies that it caused any of the damages alleged by Plaintiff. Defendant lacks information and belief with respect to the remaining allegations of paragraph 50, and therefore denies said allegations on that basis.

51.    This paragraph contains no charging allegations.

52.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 52, and therefore denies said allegations on that basis.

53.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 53, and therefore denies said allegations on that basis.

54.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 54, and therefore denies said allegations on that basis.

55.    This paragraph contains no charging allegations.

56.    A1 objects to the allegations of this paragraph as asserting legal conclusions to which A1 need not respond with further objects on the ground that the allegations are so vague and ambiguous without reference to specific facts that they cannot be responded to.

57.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 57, and therefore denies said allegations on that basis.

58.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 58, and therefore denies said allegations on that basis.

59.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 59, and therefore denies said allegations on that basis.

/ / /

60.    Denied as to A1. Defendant lacks information and belief with respect to the remaining allegations of paragraph 60, and therefore denies said allegations on that basis.

## AFFIRMATIVE DEFENSES

Defendant asserts the following affirmative defenses to the allegations in the Complaint:

## FIRST AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff's complaint fails to state a claim or cause of action.

## SECOND AFFIRMATIVE DEFENSE

Defendant alleges the benefit of any and all defenses established by way of contractual and warranty terms in any and all applicable agreements with Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

Defendant alleges that it did not agree to perform services alleged in the complaint and that Plaintiff failed to provide consideration for said services.

## FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that the relief requested by Plaintiff in the complaint should be denied on the basis that Plaintiff has unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiff was negligent in and about the matters alleged in the complaint such that Plaintiff's recovery should be barred and/or reduced by its own fault.

## SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that the matters complained of by Plaintiff in its complaint were caused by the negligence of third parties for which Defendant is not responsible.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant alleges that any failure to perform alleged in the complaint was excused.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs claims for relief set forth in the complaint are barred by applicable statutes of limitations.

/ / /

/ / /

## NINTH AFFIRMATIVE DEFENSE

Defendant alleges that the relief requested by Plaintiff in the complaint should be denied on the basis that Plaintiff failed to give Defendant notice and/or opportunity to cure the matters alleged in the complaint.

## TENTH AFFIRMATIVE DEFENSE

Defendant alleges offset for amounts Plaintiff failed to pay Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendant alleges Plaintiff's claims are barred by the doctrine of spoliation of evidence.

## TWELFTH AFFIRMATIVE DEFENSE

All possible affirmative defenses may not have been alleged herein insofar as facts were not available after reasonable inquiry upon the filing of Defendant's Answer to Plaintiff's Complaint, and Defendant therefore reserves the right to amend its Answer to allege additional affirmative defenses if subsequent investigation warrants.

WHEREFORE, Defendant prays for judgment against the Plaintiff as follows:

1. That judgment be entered dismissing the Complaint and action;
2. That judgment be entered that Defendant has no liability to Plaintiff;
3. That Defendant be awarded costs of suit incurred herein; and
4. For such other and further relief as the Court deems just and proper.

Dated: November 15, 2023              Respectfully submitted,

GIBSON ROBB & LINDH LLP

/s/ MARISA G. HUBER

Marisa G. Huber
mhuber@gibsonrobb.com
Attorneys for Defendant
A1 TRANSMISSION & MARINE, INC.