UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION FISHERIES, LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>A1 TRANSMISSION & MARINE, INC., et al.,<br><br>            Defendants. | Case No. 3:23-cv-05173-JSC<br><br>**ORDER TO SHOW CAUSE RE: LACK OF SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 1 |

Lion Fisheries, LLC ("Lion Fisheries") filed a complaint in this Court.  (Dkt. No. 1.)  Lion Fisheries contends the Court has subject matter jurisdiction "pursuant to 28 U.S.C. § 1332 because plaintiff and the defendants are citizens of different states and the amount in controversy exceeds $75,000."  (*Id.* ¶ 4.)  A federal court's diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."  28 U.S.C. § 1332(a)(1).  "This statute . . . require[s] complete diversity of citizenship" meaning "*each* defendant" must be "a citizen of a different State from *each* plaintiff."  *Owen Equip. & Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978).

In its complaint, Lion Fisheries asserts it "is a Washington limited liability company" and both Defendants are "California[n]" for jurisdictional purposes.  (*Id.* ¶¶ 1-3.)  However, "an LLC is a citizen of every state of which its owners/members are citizens."  *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Lion Fisheries does not allege the citizenship of its members or owners.  So, the complaint insufficiently alleges subject-matter jurisdiction because the complaint does not allege complete diversity between the parties.

Accordingly, the Court ORDERS Lion Fisheries to SHOW CAUSE, by December 1, 2023, why this case should not be dismissed for lack of subject-matter jurisdiction.  No hearing will be

held.  Plaintiff may submit an Amended Complaint which properly alleges Lion Fisheries' citizenship if it chooses.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge